573 A.2d 1026

**In re Nominating Petition of Esther M. LEE for the Position of Representative in the General Assembly of District No. 135—Democrat.**

**Petition of Daniel James ANDERS, Petitioner.**

Supreme Court of Pennsylvania.

Argued May 7, 1990.

Decided May 10, 1990.

Glennis L. Clark, for petitioner.

Michele A. Varricchio, for respondent:

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER OF THE COURT

PER CURIAM:

The decision of the Commonwealth court is reversed. Opinion to follow.